UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LINDA M. MULLEN and
PATRICK M. MULLEN,

                      Plaintiffs,

-vs-

                                **Civil Action No. 09-CV-22**

BUREAU OF COLLECTION RECOVERY, INC.
d/b/a BCR,

                      Defendant.

---

### STIPULATION TO EXTEND TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the time for Defendant to answer the above-entitled action be extended to April 3, 2009.

DATED: March 30, 2009                              DATED: March 27, 2009

_____                            _____
Amanda Jordan, Esq.                                Glenn M. Fjermedal, Esq.
Attorney for Plaintiffs                            Attorney for Defendant
Law Offices of Kenneth Hiller                      Davidson Fink LLP
6000 North Bailey Avenue, Suite 1A                 28 East Main Street, Suite 1700
Amherst, NY 14226                                  Rochester, NY 14614
Telephone: (716) 564-3288                          Telephone: (585) 546-6448