UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LINDA M. MULLEN and
PATRICK M. MULLEN,

                        Plaintiffs,

-vs-
                                      **Civil Action No. 09-CV-22**

BUREAU OF COLLECTION RECOVERY, INC.
d/b/a BCR,

                        Defendant.

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued on the merits and with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: August 24, 2009

_____
Seth Andrews, Esq.
Law Offices of Kenneth Hiller
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
Telephone: (716) 564-3288

Attorney for Plaintiffs

DATED: August 4, 2009

_____
Glenn M. Fjermedal, Esq.
Davidson Fink LLP
28 East Main Street, Suite 1700
Rochester, NY 14614
Telephone: (585) 546-6448

Attorney for Defendant